AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.   0:21-02734-JMC |
| Linda Blackmon-Brace, | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff, United States of America, recover from the defendant, Linda Blackmon-Brace, Forty-Four Thousand, One Hundred Fifty-Four and 00/100 dollars ($44,154.00), plus postjudgment interest at the rate of 1.14 %, along with costs in the amount of Fifty-Five and 00/100 dollars ($55.00).

This action was *(check one)*:

■ before the Court, the Honorable J. Michelle Childs, United States District Judge, presiding.  Upon request of the plaintiff, the Clerk having entered default of the defendant on March 7, 2022

Date:  March 7, 2022                                          *ROBIN L. BLUME, CLERK OF COURT*

                                                              s/Angie Snipes

                                                              *Signature of Clerk or Deputy Clerk*